In the Matter of the Claim of THOMAS B. O'HARA, Respondent, v. MICHAEL F. O'HARA BOILER SETTINGS et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— REYNOLDS, J.

Gibson, P. J., Herlihy, Reynolds, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Reynolds, J.